**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PEARTRACY HENDERSON                                                                    PLAINTIFF

v.                                        3:06CV00153 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## ORDER

By Order dated July 9, 2008, Plaintiff was informed that she must hire an attorney or elect to represent herself in this action. (Docket entry #16) She has not informed the Court that she has taken either course of action.

No more than 30 days from the date of this Order, Plaintiff must either: (1) file a pleading that indicates that she is going to represent herself; or (2) have her attorney file a Notice of Appearance. If neither of these pleadings are filed within the time allowed, the Court will dismiss this case for failure to prosecute and failure to follow the Order of the Court.

IT IS SO ORDERED this 5th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE