**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PEARTRACY HENDERSON                                                                                  PLAINTIFF

v.                                             NO. 3:06CV00153 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

**ORDER OF DISMISSAL**

On December 5, 2008, Plaintiff was allowed an additional thirty days within which to either file a pleading indicating she would represent herself or have her attorney file a Notice of Appearance. Plaintiff has failed to take either course of action.

IT IS THEREFORE ORDERED that this case is hereby DISMISSED, without prejudice, for failure to prosecute and for failure to follow the Order of the Court.

DATED this 6th day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE